IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 21-475 (PAD)

**RADAMES BENITEZ-CARDONA**

**Defendant**

_____

**INFORMATIVE MOTION REGARDING SECURED BAIL**

TO THE HONORABLE COURT:

Comes now, RADAMES BENITEZ-CARDONA, through his undersigned Counsel, and to this Honorable Court very respectfully submits the following:

1.   Defendant was arrested on December 9, 2021 and brought before the Hon. Bruce McGiveren, United States Magistrate Judge, where an arraignment and bail hearing was held.

2.   The Court set bail at $10,000.00 secured and granted ten (10) days to post it.

3.   Defendant has reached an agreement with a bail bonding company to post the totality of the secured bail. The Independent Bonding Company ,through bondsperson Lian Chapman, Tel. (787) 363-4552, email: chapmanlian@gmail.com. has agreed to post the bond, subject to the approval of this Honorable Court.

4.   We request this Court take notice of this information and accept the said company post bail on behalf of defendant.

WHEREFORE Counsel requests the court to take notice of this motion and grants permission to the bonds company order the contents of the ex parte motion to remain sealed.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this the 15TH day of December, 2021.

**S/ MICHAEL S. CORONA-MUÑOZ**
**USDC #202505**
**110 BORINQUEN STREET**
**SUITE 4-1**
**TRUJILLO ALTO,PR 00976**
**Tel. (787) 281-6215; 691-9325**
**Fax (787) 758-5396**
**liccorona@msn.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, December 15, 2021 , 2021, a true and correct copy of this motion was provided via electronic mailing through the CM/ECF system to Scott Anderson AUSA at his known electronic address at the United States Attorneys' Office.

**S/ MICHAEL S. CORONA -MUÑOZ**