IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RADAMES BENITEZ-CARDONA, <br><br> Defendant. | Crim. No. 21 - 475 (PAD) |

UNITED STATES OF AMERICA'S INFORMATIVE MOTION REGARDING
THE STATUS OF THIS CASE

Pursuant to the Court's Order of December 15, 2021 (ECF No. 10), the Government hereby informs that the parties have started preliminary discussions related to several topics. Discovery will be tendered to the Defendant within the next ten working days. This motion and its content have been discussed with counsel for Defendant and he consents to its filing.

WHEREFORE, the Government respectfully requests that the Court take notice of the foregoing and grant the parties an additional forty-five days to further inform the status of this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 20th day of December 2021.

W. STEPHEN MULDROW
United States Attorney

s/ *Scott Anderson*
Scott Anderson - G00214
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787)766-5656

UNITED STATES OF AMERICA'S INFORMATIVE MOTION REGARDING THE STATUS OF THIS CASE
*United States v. Radames Benitez-Cardona*
Crim. No. 21 – 475 (PAD)
Page 2 of 2
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to Counsel of Record.

s/ *Scott Anderson*
Assistant U.S. Attorney