IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RADAMES BENITEZ-CARDONA,<br><br>Defendant. | Crim. No. 21 - 475 (PAD) |

### UNITED STATES OF AMERICA'S INFORMATIVE MOTION REGARDING THE STATUS OF THIS CASE

Pursuant to the Court's Order of January 4, 2022 (ECF No. 16), the Government hereby informs that since the last status report, the parties continue to engage in productive conversations. Defendant is still in the process of reviewing the first discovery disclosure.

A second discovery package is being finalized which contains cell phone records and source reporting documents. It is anticipated that this will be made available to Defendant early next week.

This motion has been discussed with defense counsel. He agrees with its content and consents to its filing

WHEREFORE, the Government respectfully requests that the Court take notice of the foregoing and allow the parties additional time to continue discussions aimed at a fair resolution of this case.

Case 3:21-cr-00475-PAD   Document 17   Filed 03/04/22   Page 2 of 2

UNITED STATES OF AMERICA'S INFORMATIVE MOTION REGARDING THE STATUS OF THIS CASE
*United States v. Radames Benitez-Cardona*
Crim. No. 21 – 475 (PAD)
Page 2 of 2
_____

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 4th day of March 2022.

    W. STEPHEN MULDROW
    United States Attorney

    s/ *Scott Anderson*
    Scott Anderson - G00214
    Assistant U.S. Attorney
    Torre Chardón, Suite 1201
    350 Carlos Chardón Street
    San Juan, Puerto Rico 00918
    Tel: (787)766-5656

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to Counsel of Record.

    s/ *Scott Anderson*
    Assistant U.S. Attorney