IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 21 - 475 (PAD) |
| Plaintiff, | |
| v. | |
| RADAMES BENITEZ-CARDONA, | |
| Defendant. | |

## UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BAIL

On March 23, 2022, Defendant filed a motion to modify his bail conditions to allow him to change his address. (ECF No. 18). The Court ordered the Government to respond by March 30, 2022. (ECF No. 19). As long as the U.S. Probation Office can confirm the address is suitable, the Government has no objection.

WHEREFORE, the Government respectfully requests that the Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of March 2022.

W. STEPHEN MULDROW
United States Attorney

s/ *Scott Anderson*
Scott Anderson - G00214
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787)766-5656

UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BAIL
*United States v. Radames Benitez-Cardona*
Crim. No. 21 – 475 (PAD)
Page 2 of 2
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March 2022, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send notification

to Counsel of Record.


s/ *Scott Anderson*
Assistant U.S. Attorney